IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN STRONG,**

**Plaintiff(s),**

**vs.**                                                             **CIVIL NO.07-1062 WPJ/WDS**

**EDGAR ACOSTA et. al.,**

**Defendant(s).**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the Court on Plaintiff John Strong's Motion for Default Judgment as to Defendant Barnes, filed February 1, 2008 (Document #9) and Motion for Default Judgment as to Edgar Acosta and Alanna Acosta, filed March 28, 2008 (Document #11). The Clerk of the Court entered default against the above named defendants on April 18, 2008.  On July 11, 2008 this matter was referred to Magistrate Judge William D. Schneider for recommendation of ultimate disposition. Magistrate Judge Schneider conducted an evidentiary hearing on July 30, 2008 as to Plaintiff's damages claim pursuant to Fed. R. Civ. P. 55(b)(2).  Subsequently, Magistrate Judge Schneider filed his Report and Recommendations on July 30, 2008 (Document # 18).  Defendants have not filed opposition to the Magistrate Judge's Report and Recommendations, and the time in which to do so has expired.

Having reviewed the record de novo and considered the United States Magistrate Judge's Report and Recommendations, and being otherwise fully advised, I find that the two motions for default judgment should be granted.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment as to Defendant Barnes, filed February 1, 2008 (Document #9) and Motion for Default Judgment as to Edgar Acosta and Alanna Acosta, filed March 28, 2008 (Document #11) are **GRANTED**.

_____
**WILLIAM P. JOHNSON**
**United States District Judge**